IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-134-KS

| | |
|---|---|
| ERIC LYDE, | ) |
|     Plaintiff, | ) |
| | ) |
|   vs. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
|   Acting Commissioner of | ) |
|   Social Security, | ) |
|     Defendant. | ) |

## ORDER GRANTING DEFENDANT'S MOTION
## TO APPEAR BY VIDEO-TELEPHONE CONFERENCE

Upon consideration of Defendant's unopposed Motion to Appear by Telephone conference for the hearing scheduled on June 19, 2019 at 12:20 pm, it is hereby ORDERED that Defendant's motion is GRANTED.

SO ORDERED this 23rd day of April 2019.

*Kimberly A. Swank*
Kimberly A. Swank
United States Magistrate Judge