IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-00134-KS

ERIC LYDE,                              )
        Plaintiff,                    )
                                       )
    vs.                                )
                                       )
NANCY A. BERRYHILL,                    )
  Acting Commissioner of               )
  Social Security,                     )
        Defendant.                    )

ORDER GRANTING DEFENDANT'S MOTION
TO APPEAR BY VIDEO TELECONFERENCE

Upon consideration of Defendant's unopposed Motion to Appear by Videoteleconference

for the hearing scheduled on June 24, 2019 at 10:30 a.m., it is hereby ORDERED that

Defendant's motion is GRANTED.


SO ORDERED this 5th day of June 2019.


_Kimberly A. Swank_
Kimberly A. Swank
United States Magistrate Judge