UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ERIC LYDE, )
       Plaintiff, )
)   **JUDGMENT**
v. )
)   No. 7:18-CV-134-KS
ANDREW M. SAUL, )
*Commissioner of Social Security* )
*Administration*, )
       Defendant. )
)

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court denies the Plaintiff's Motion for Judgment on the Pleadings [DE-25], grants the Defendant's Motion for Judgment on the Pleadings [DE-36] and AFFIRMS the Commissioner's decision.

This judgment filed and entered on 9/18/2019, *with electronic service* upon the following:

Michael Gillespie
*Plaintiff's counsel*

Amanda Gilman
Wanda Mason
*Defendant's counsel*

                                 **PETER A. MOORE, JR.**
                                 CLERK, U.S. DISTRICT COURT

September 18, 2019                          /s/ *Shelia D. Foell*
                                            Deputy Clerk of Court